IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

CRYSTAL WHITE
PLAINTIFF

VERSUS             NO.  2:17-cv-02671-JPM-dkv

US BANK, NA, TRUSTEE FOR
MERRILL LYNCH FIRST FRANKLIN
MORTGAGE LOAN TRUST ASSET
BACKED CERTIFICATES SERIES 2007-
2; NATIONSTAR MORTGAGE LLC
NATIONSTAR MORTGAGE
HOLDINGS, INC.; SHAPIRO & INGLE
LLP; WORLD WIDE PROPERTY HUB,
And GREGORY GRIFFIN
DEFENDANTS

_____
**SECOND MOTION TO AMEND COMPLAINT**
_____

COMES NOW THE PLAINTIFF, Crystal White, by and through the undersigned counsel, pursuant to the Scheduling Order and Rule 15 of the Federal Rules of Civil Procedure moves the court to amend the Complaint to the form set forth as Exhibit 1. The Plaintiff has consulted with the Defendants by e-mail on November 30, 2017 and they have not responded to this e-mail. A copy of this e-mail is attached as Exhibit 2.

WHEREFORE PREMISES CONSIDERED, the Plaintiff requests the Court to grant leave to amend the First Amended Complaint to the Form set forth as Exhibit 1.

Respectfully Submitted,

/S/ DRAYTON D. BERKLEY
**DRAYTON D. BERKLEY, ESQ.**
**(BPR 022601)**
119 South Main Street, Suite 500
Memphis, Tennessee  38103
Telephone:  (901) 322-8706
Fax:  (901)  881-0316
e-mail:  attorneyberkley@gmail.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the foregoing has been served upon counsel for the defendants in the U.S. Mail, first class postage paid, or e-mail and properly addressed or hand-delivery to:

Lauren Roberts, Esq.
Annie Tipps, Esq.
Stites & Harbison PLLC
401 Commerce Street Ste 800
Nashville, TN 37219
Via ECF
Attorneys for Nationstar Mortgage LLC
And Nationstar Holdings, Inc.,

Mr.  Jason K. Purser, Esq.
Shapiro & Ingle, LLC
10130 Perimeter Parkway Ste 400
Charlotte, NC 28216
Via ECF
Attorneys for Shapiro & Ingle, LLC

Ms. Janika N. White, Esq.
22 North Front Street #1060
Memphis, TN 38103
Via E-mail
Attorney for Worldwide Property Hub &
Greg Griffin

2

C:\Users\Drayton\Desktop\drayton berkley\Drayton Berkley\CRYSTAL WHITE YATES MORTGAGE ACTION\December 2, 2017 Second Motion to Amend .doc

This the 2nd day of December 2017

/S/ DRAYTON D. BERKLEY
**DRAYTON D. BERKLEY, ESQ.**